**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6308**

─────────────

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

      versus

EUSTACE BROWN,

                                 Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Northern District of Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CR-94-52, CA-99-20-3)

─────────────

Submitted: July 13, 2000     Decided:

─────────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Eustace Brown, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eustace Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Brown, Nos. CR-94-52; CA-99-20-3 (N.D.W. Va. Dec. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED